RECEIVED IN
The Court of Appeals
Sixth District

NOV 0 6 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

NOV 0 6 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Appeal No. 06-15-00062-CV

Allen "F" Calton

V

Steve Schiller, et al

In The Court Of Appeals

Sixth District Of Texas

## Appellant's Second motion For An Extension Of Time To File His Appellate Brief or in The Alternative Suspend T.R.A.P. 9.3 (a)(1)

Now Comes Appellant Allen "F" Calton and files this his second motion For An Extension Of Time To File His Appellate Brief or in the Alternative moves The Court To Suspend T.R.A.P. 9.3 (a) (1) and allow Appellant to file Just the original Copy of his brief without an additional copy being filed. Will show in Support As Follows:

### I

### Supporting Facts Sworn To Under The Penalty of Perjury

(1) Appellant is mentally ill and has been diagnosed with major depression with psychotic features and as a result of mental illnesses. Appellant is prescribed a substantial amount of psychotropic medications that cause confusion as well as puts Appellant in a very relaxed and sedated state. Where Calton can't write legible or litigate his claims effectively while under the influence of his medications. Which includes 300mg of wellbutrin and 10mg of Haldol

(2) Under this extensive medication regimen. Which also includes medications for several other physical ailments Calton also suffers from. Including High Blood Pressure, Ringing in the ear, Recurring Dizzy spells and migrane headaches. For which Calton is prescribed additional mind altering medications that also cause a confused and sedated state and relaxed state. Said medications are propranol 20mg, meclizine

Appellant's Second motion For Extension Of Time To File His Appellate Brief or In The Alternative Suspend T.R.A.P. 9.3 (a) (1)   page 1 of 4

50 mg, Lisinopril 40mg, Nortriptyline 100mg, Diphenhydramine 50mg, See C.R. vol.1 p.130-131 for Calton's Prison medication Print Pass. which confirms all nine of Calton's prescribed medications.

(3) Under the influence of these medications Calton cannot write legible or do anything other than sit for that matter. To write legible Calton has to miss a dose or two of his medications.

(4) To write the additional copy would require Calton to miss a substantial amount of doses of his medications. which poses a substantial risk of suicidal tendencies. Calton has a history of suicide attempts and has suffered extensive nerve damage in his hands and wrists as a result of the repeated slashing of his wrists with razor blades on atleast five different occassions. The most severe damage Calton caused to himself as a result of self injury behavior. was due to Calton having gone without his major depression medication for two weeks.

(5) This suicide attempt occurred on 9-19-08. See CR vol.1 p.132-139 For (8) eight pages of Calton's medical records from 9-19-08. These medical records confirm the severely depressed state I can fall into when I will go without too many doses of my psych meds. which will result in substantial self injuries.

(6) As these medical records confirm when Calton is not taking his depression medication as prescribed. Has resulted in Calton wanting to die. Being unable to get the thought of cutting out of his head. As well as causing Calton to experience fatalistic thoughts. See CR. vol1. p.132-139. Thus establishing good cause exists for me to have up until 12-30-15 to write the multiple copies or afford me leave to file my brief with only

having to provide the court one copy of said Appellate brief. See eg weekley v Jones 927 F2d 382, 385-86 (8th Cir 1991)(prisoner's prose status, his impaired mental health and his use of psychotropic medication constituted good cause.)

## Verification

I, Allen "F" Calton #1123880, incarcerated at the Stiles Unit in Jefferson County, Texas, due hereby declare under the penalty of perjury that the foregoing facts are true and correct and are are based upon personal knowledge.
Executed on 11-2-15 Allen "F" Calton

Respectfully Submitted,
Allen "F" Calton

## Prayer

Wherefore, premises considered, Calton prays and moves this court to grant him up until 12-30-15 to file two copies of his Appellate brief or in the alternative grant him leave to file one copy and suspend T.R.A.P. 9.3 (G)(1) and Calton will file his brief on 11-30-15.

Respectfully Submitted,
Allen "F" Calton

## Certificate of Conference

Calton puts the court on notice that a conference was not held with Demetri Anastasiadis on the merits of this motion. Because Calton is incarcerated and cannot telephone Ms Anastasiadis. Calton will not speculate on whether this motion would be opposed by Mes. Anastasiadis.

allen "F" Calton

## Certificate of Service

I, Allen "F" Calton #1123880 #1123880 incarcerated at the Stiles Unit in Jefferson County, Texas due hereby state under the penalty of perjury that the foregoing was forwarded first class mail to Demetri Anastasiadis 300 w. 15 st. Austin, TX. 78701 on 11-2-15.
Executed on 11-2-15. allen "F" Calton